QUIN DENVIR, Bar #49374
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT CLOVIS COX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>ROBERT CLOVIS COX,<br><br>　　　　　*Defendant.* | NO. 1:05-CR-0162 AWI<br><br>STIPULATION TO CONTINUE MOTIONS HEARING, AND ORDER THEREON<br><br>Date: December 12, 2005<br>Time: 9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the hearing on motions in the above entitled matter previously set for November 28, 2005, be continued to **December 12, 2005, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

|   |   |   |
|---|---|---|
|   |   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: November 16, 2005 | By: | /s/ David L. Gappa<br>DAVID L. GAPPA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| DATED: November 16, 2005 | By: | /s/ Roger K. Vehrs<br>ROGER K. VEHRS<br>Attorney for John E. Lemmenes |
|   |   | QUIN DENVIR<br>Federal Public Defender |
| DATED: November 16, 2005 | By: | /s/ Robert W. Rainwater<br>ROBERT W. RAINWATER<br>Assistant Federal Defender<br>Attorney for Defendant<br>Robert Clovis Cox |

**ORDER**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   November 18, 2005**          **/s/ Anthony W. Ishii**
0m8i78                                           UNITED STATES DISTRICT JUDGE

Stip. to Continue Mtns Hrg and Order                    2