Roger K. Vehrs, Esq. (SBN 073018)
2300 Tulare Street, Ste. 250
Fresno, CA 93721
Telephone: (559) 442-4211

Attorneys for Defendant JOHN EDWARD LEMMENES

FILED

MAY 16 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN EDWARD LEMMENES,<br><br>　　　　　Defendant. | Case No. 1:05 CR 162<br><br>~~(proposed)~~<br>**ORDER**<br><br><br>Date:　April 30, 2007<br>TIME:　9:00 a.m.<br>LOCATION: Hon. Anthony W. Ishii (D-2) |

The above matter came on regularly for hearing and sentencing on April 30, 2007 and the court has taken under advisement the issue as to whether or not the deed of trust should be lifted from the Lemmenes property so that Mr. & Mrs. Lemmenes can refinance their residence and thereby reduce the monthly payment by $1,000 per month. Both Mr. & Mrs. Lemmenes have agreed to sign a promissory note in the amount of $50,000 to guarantee the presence of Mr. Lemmenes for his self-surrender to the designated institution with the Bureau of Prisons on June 14, 2007. Mr. & Mrs. Lemmenes have also

1 | agreed to sign a note and deed of trust that will be provided to the court and held subject
2 | to his surrender as directed by the court.

It is therefore requested, on behalf of both Mr. & Mrs. Lemmenes, that the court authorize the parties to sign a promissory note in the amount of $50,000 and/or a promissory note and a deed of trust to be held so that the property can be refinanced.

Upon reviewing the above information and for good cause,

IT IS ORDERED that John Lemmenes and Patricia Lemmenes execute an unsecured promissory note in the amount of Fifty Thousand Dollars ($50,000) to guarantee his surrender as directed by this court to the Bureau of Prisons.

IT IS FURTHER ORDERED that the clerk of this court immediately exonerate the deed of trust that has been placed against the property located at 702 W. Birch Avenue, Clovis, California.

DATED: _May 15_, 2007.

_____
Honorable Anthony W. Ishii