**FILED**

JUN 2 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. CR-F-05-162-AWI |
| ) | |
| vs. ) | ORDER EXONERATING BOND |
| ) | |
| JOHN LEMMENES ) | |
| Defendant. ) | |

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

( ) The defendant's passport is ordered returned:

(X) The property bond posted is exonerated and reconveyed:

( ) The cash bond posted is exonerated and the money returned to the surety.

DATED: 6-29-07

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1