```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 1:05-cr-0162 AWI |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| **JOHN EDWARD LEMMENES,** | ) | PASSPORT |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having served his sentence in this matter;

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

Passport No.:  053616959

Receipt No.:  101-7172

IT IS SO ORDERED.

Dated:   **January 24, 2008**              /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE